# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CRISS ROGERS<br><br>    Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | Case No. 2:13-cv-00443-APG-VCF<br><br>**ORDER** |

The parties having indicated to the court that they have settled this action, and having submitted a stipulation to dismiss the action with prejudice (#26);

**IT IS THEREFORE ORDERED** that defendants' motion for enlargement of time (#24) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** with prejudice, with each party to bear their own costs.  The clerk of the court shall enter judgment accordingly.

Dated:  April 25, 2014.

_____
ANDREW P. GORDON
United States District Judge